UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GENEVA ELAINE TEALER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. |
| | )   5:11-CV-025-C |
| | )   ECF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff is appealing an adverse decision of Defendant Michael J. Astrue, Commissioner of Social Security. The United States Magistrate Judge entered a Report and Recommendation on January 19, 2012. Neither party has filed written objections. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the court and that the above-styled and -numbered cause is hereby **DISMISSED.**

Dated February 9, 2012.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE